IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**EVERGREEN PACKAGING, INC.**                                                      **PLAINTIFF**

v.                                    Case No. 4:11-cv-00178-KGB

**HESTCO, INC.**                                                                   **DEFENDANT**

v.

**FORD, BACON & DAVIS, LLC**                              **THIRD-PARTY DEFENDANT**

## ORDER

The Court will conduct a pretrial conference by telephone on Friday, September 21, 2012, beginning at 3:30 p.m.

IT IS SO ORDERED this the 21st day of September, 2012.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE