IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

EVERGREEN PACKAGING, INC.                                                PLAINTIFF

v.                           Case No. 4:11-cv-00178-KGB

HESTCO, INC.                                                             DEFENDANT

v.

FORD, BACON & DAVIS, LLC                                      THIRD-PARTY DEFENDANT

## ORDER

Before the Court is third-party plaintiff Hestco, Inc.'s oral motion to extend pretrial deadlines. For good cause shown, the parties shall have up to and including October 1, 2012, to file their motions *in limine*, and responses thereto shall be filed five (5) days thereafter. Parties shall have up to and including October 1, 2012, to submit trial briefs and proposed jury instructions. A party requesting an instruction which cannot be agreed upon shall submit that instruction to the Court and to opposing counsel setting out the disagreement by the same date. All other pretrial deadlines remain in effect.

IT IS SO ORDERED this 26 day of September, 2012.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE