IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**EVERGREEN PACKAGING, INC.**                                              **PLAINTIFF**

v.                                    **Case No. 4:11-cv-00178-KGB**

**HESTCO, INC.**                                                           **DEFENDANT**

v.

**FORD, BACON & DAVIS, LLC**                              **THIRD-PARTY DEFENDANT**

## ORDER

Based upon all counsels' representations to this Court, this case is removed from the trial calendar for the week of October 9, 2012.

IT IS SO ORDERED this 28th day of September, 2012.

*[signature: Kristine G. Baker]*

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE