# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**EVERGREEN PACKAGING, INC.**                                                                 **PLAINTIFF**

**v.**                         **Case No. 4:11-cv-00178-KGB**

**HESTCO, INC.**                                                                         **DEFENDANT**

**v.**

**FORD, BACON & DAVIS, LLC**                                         **THIRD-PARTY DEFENDANT**

## ORDER

The parties have informed the Court that this matter has been settled and that each party will bear its own costs and attorneys' fees (Dkt. No. 58). Therefore, the Court finds that this case should be dismissed with prejudice.

IT IS THEREFORE ORDERED that the complaint, the third-party complaint, and all claims in this action against defendant and third-party defendant are hereby dismissed with prejudice.

IT IS SO ORDERED this 24th day of January, 2013.

*Kristine G. Baker*
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE